# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| Case Number: | 05-02747 SPS |
| Case Name: | MARK S. FINE<br>SUSAN C. FINE |
| Period Ending: | 10/31/08 |

| | |
|---|---|
| Trustee: | (330720)  RICHARD M. FOGEL |
| Filed (f) or Converted (c): | 01/28/05 (f) |
| §341(a) Meeting Date: | 02/24/05 |
| Claims Bar Date: | 07/25/05 |

Page: 1

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE (u)<br>Debtor Claimed Exemption | 125,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | BANK ACCOUNTS (u)<br>Debtor Claimed Exemption | 1,300.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | HOUSEHOLD GOODS (u)<br>Debtor Claimed Exemption | 750.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | BOOKS & PICTURES (u)<br>Debtor Claimed Exemption | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | WEARING APPAREL (u)<br>Debtor Claimed Exemption | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | CAMERA (u)<br>Debtor Claimed Exemption | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | LIFE INSURANCE (u)<br>Debtor Claimed Exemption | 996.50 | 0.00 | DA | 0.00 | 0.00 |
| 8 | ANNUITY (u)<br>Debtor Claimed Exemption | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | RETIREMENT ACCOUNTS (u)<br>Debtor Claimed Exemption | 148,582.92 | 0.00 | DA | 0.00 | 0.00 |
| 10 | VEHICLE #1 (u)<br>Debtor Claimed Exemption | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | VEHICLE #2 (u)<br>Debtor Claimed Exemption | 10,000.00 | 0.00 | DA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-02747 SPS
**Case Name:** MARK S. FINE
SUSAN C. FINE
**Period Ending:** 10/31/08

**Trustee:** (330720)   RICHARD M. FOGEL
**Filed (f) or Converted (c):** 01/28/05 (f)
**§341(a) Meeting Date:** 02/24/05
**Claims Bar Date:** 07/25/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Debtor Claimed Exemption | | | | | |
| 12 | ESTATE'S INTEREST IN PENDING LITIGATION (u)<br>Per settlement with debtor approved by order dated 6/7/05 and modified by order dated 10/1/08 | Unknown | 90,000.00 | | 108,041.03 | FA |
| 13 | TAX REFUND (u)<br>Refund for year ending 12/05 ($11.62 interest) | Unknown | 1,045.62 | | 3,447.47 | FA |
| 14 | INTEREST (u) | Unknown | N/A | | 1,325.10 | Unknown |
| Int | | | | | | |
| | **Assets Totals** (Excluding unknown values) | **$288,879.42** | **$91,045.62** | | **$112,813.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007    **Current Projected Date Of Final Report (TFR):** June 30, 2009