**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MARK S. FINE and | ) | |
| SUSAN C. FINE, | ) | CASE NO. 05-02747 SPS |
| | ) | |
| | ) | JUDGE  SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL 60604

    on:  **January 20, 2009**
    at:  **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                   $       112,813.60

    b. Disbursements                              $         9,894.92

    c. Net Cash Available for Distribution        $       102,918.68

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|
| Richard M. Fogel, Trustee | $ | 0.00 | $ 8,770.59 | $ | 18.66 |
| Popowcer Katten, Trustee's Accountant | $ | 0.00 | $ 5,059.00 | $ | 0.00 |
| Shaw Gussis, Trustee's Attorney | $ | 0.00 | $ 3,360.00 | $ | 42.45 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,664.93 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

{5044 NTC A0219433.DOC}

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4A | DEPARTMENT OF THE TREASURY | $ 47,664.93 | $ 47,664.93 |

6. Claims of general unsecured creditors totaling $138,088.91, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $27.52%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CHASE MANHATTEN BANK USA | $ 4,204.74 | $ 1,157.18 |
| 2 | CHASE MANHATTEN BANK USA | $ 7,897.90 | $ 2,173.56 |
| 3 | ASSET ACCPTANCE LLC | $ 31,980.02 | $ 8,801.13 |
| 4B | DEPARTMENT OF THE TREASURY | $ 30,996.68 | $ 8,530.50 |
| 5 | US DEPARTMENT OF EDUCATION | $ 11,702.56 | $ 3,220.63 |
| 6 | US DEPARTMENT OF EDUCATION | $ 4,870.34 | $ 1,340.35 |
| 7 | US DEPARTMENT OF EDUCATION | $ 11,264.57 | $ 3,100.09 |
| 8 | CREDIGY RECEIVABLES INC | $ 1,587.67 | $ 436.94 |
| 9 | VERIZON WIRELESS MIDWEST | $ 517.35 | $ 142.38 |
| 10 | ASSET ACCEPTANCE LLC | $ 33,067.08 | $ 9,100.29 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    1. Real estate- Encumbered and exempt
    2. Bank accounts- Exempt
    3. Household goods- Exempt
    4. Books & pictures- Exempt
    5. Wearing apparel- Exempt
    6. Camera- Exempt
    7. Life insurance- Exempt
    8. Annuity- Exempt
    9. Retirement accounts- Exempt
    10. Vehicles- Encumbered and exempt

Dated:   **December 19, 2008**              For the Court,


                          By:   **KENNETH S. GARDNER**
                               Kenneth S. Gardner
                               Clerk of the United States Bankruptcy Court
                               219 S. Dearborn Street, 7th Floor
                               Chicago, IL  60604

{5044 NTC A0219433.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 19, 2008
Case: 05-02747                 Form ID: pdf002              Total Served: 52

The following entities were served by first class mail on Dec 21, 2008.
db          +Mark S Fine,   P O Box 151,   Olympia Fields, IL 60461-0151
jdb         +Susan C Fine,   402 Illinois,   Park Fores, IL 60466-1171
aty         +William J. Bryan,   17926 Dixie Highway,   Homewood, IL 60430-3055
tr          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
8886928     +ADT SECURITY SYSTEMS,   C/O TATE & KIRLIN ASSOC.,   2810 SOUTHAMPTON ROAD,
              PHILADELPHIA, PA 19154-1207
8886930     +ASSET ACCEPTANCE LLC,   C/O DENNIS B. PORICK,   63 W. JEFFERSON, SUITE 100,
              JOLIET, IL 60432-4337
8886931     +ASSOCIATED BANK,   P.O. BOX 15109,   WILMINGTON, DE 19850-5109
8886932     +ASSOCIATED CARD SERVICES,   1305 W. MAIN STREET,   STEVENS POINT, WI 54481-2898
8886933     +BANK ONE OF ROCKFORD,   401 E. STATE STREET,   ROCKFORD, IL 61104-1027
8886934     +BURDINES,   9111 DUKE BLVD.,   MASON, OH 45040-8999
8886935     +CITI S.D.,   P.O. BOX 15109,   WILMINGTON, DE 19850-5109
8886936     +CITI-BP OIL,   P.O. BOX 15687,   WILMINGTON, DE 19850-5687
8886937     +CITI-SHELL,   P.O. BOX 15687,   WILMINGTON, DE 19850-5687
8886938     +CITIBANK,   C/O RISK MANAGEMENT ALTERNATIVES,   2420 SWEETHOME ROAD, SUITE 150,
              AMHERST, NY 14228-2244
8886939     +CITIBANK,   P.O. BOX 6405,   THE LAKES, NV 88901-6405
8886940     +CITIBANK-SEARS,   C/O ALLIANCE ONE,   1160 CENTRE POINTE DRIVE, SUITE 1,
              MENDOTA HEIGHTS, MN 55120-1270
8886941     +COLE TAYLOR BANK,   5501 W. 79TH STREET,   BURBANK, IL 60459-1395
8886942     +CREDIGY RECEIVABLES,   C/O BAKER, MILLER, MARKOFF & KRASNY,   11 S. LASALLE, 19TH FLOOR,
              CHICAGO, IL 60603-1203
9321829     +ChaseManhttnBankUSA,NA as successor in interest to,   Bank One Delaware, NA,
              c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
9462926     +Credigy Receivables Inc,   P O Box 2689,   Suwanee, GA 30024-0984
8886943     +DAIMLER CHRYSLER LLC,   P.O. BOX 9223,   FARMINGTON HIL, MI 48333-9223
8886925     +FINE MARK S,   402 ILLINOIS,   PARK FOREST, IL 60466-1171
8886926     +FINE SUSAN C,   402 ILLINOIS,   PARK FOREST, IL 60466-1171
8886945     +FIRST CARD,   2500 WESTFIELD DRIVE MAIL 6237,   ELGIN, IL 60124-7836
8886946     +FIRST U.S.A. BANK,   C/O NORTHLAND GROUP, INC.,   P.O. BOX 390846,   EDNA, MN 55439-0846
8886947     +FIRST USA,   C/O NORTHLAND GROUP, INC.,   P.O. BOX 390846,   EDNA, MN 55439-0846
8886948     +FLORIDA POWER AND LIGHT,   P.O. BOX 18317,   COLUMBUS, OH 43218
8886949     +HSBC,   P.O. BOX 9,   BUFFALO, NY 14240-0009
8886950     +ILLINOIS DEPARTMENT OF REVENUE,   P.O. BOX 19447,   SPRINGFIELD, IL 62794-9447
9340219    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Department of the Treasury,   Internal Revenue Service,
              230 S. Dearborn  Stop 5010-CHI,   Chicago, IL 60604)
8886951    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,   CINCINNATI, OH  45999-0005)
8886952     +MARSHALL FIELDS,   P.O. BOX 59270 - C/O MARSHALL FIELDS,   MINNEAPOLIS, MN 55459-0270
8886955     +MBNA AMERICA,   P.O. BOX 15026,   WILMINGTON, DE 19850-5026
8886956     +NBGL CARSONS,   140 INDUSTRIAL DRIVE,   ELMHURST, IL 60126-1602
8886958     +RETAILERS NATIONAL BANK,   C/O BLATT, HASENMILLER, LEIBSKER & MOORE,   2 N. LASALLE, SUITE 900,
              CHICAGO, IL 60602-4059
8886959     +RNB/DAYTON/HUDSON/FIELDS,   3701 WAYZATA BLVD. MAIL STOP 2 CF,   MINNEAPOLIS, MN 55416-3401
8886957    ++SCANA AND SUBSIDIARIES,   ATTN BANKRUPTCY,   1426 MAIN STREET,   MAIL CODE 130,
              COLUMBIA SC 29218-0001
             (address filed with court:  PLAZA ASSOCIATES,   WELLS FARGO BANK CREDIT CARD,   P.O. BOX 18008,
              HAUPPAUGE, NY  11788-8808)
8886960     +SELECT PORTFOLIO SERVICE,   P.O. BOX 551170,   JACKSONVILLE, FL 32255-1170
8886962     +SPORTS ILLUSTRATED,   C/O NORTH SHORE AGENCY, INC.,   751 SUMMA AVENUE,   WESTBURY, NY 11590-5010
9381305      U S Department Of Education,   Direct Loan Servicing Center,   P O Box 5609,
              Greenville, TX 75403-5609
8886963     +U.S. BANK N.A. F/K/A FIRSTAR,   C/O BLATT, HASENMILLER LEIBSKER & MOORE,
              2 N. LASALLE, SUITE 900,   CHICAGO, IL 60602-4059
8886964     +U.S. DEPARTMENT OF EDUCATION,   P.O. BOX 530260,   ATLANTA, GA 30353-0260
8886965     +VERIZON WIRELESS,   C/O C.B. ACCOUNTS, INC.,   P.O. BOX 1289,   PEORIA, IL 61654-1289
9552650     +Verizon Wireless Midwest,   AFNI/Verizon Wireless,   404 Brock Drive,
              Bloomington, IL 61701-2654
8886966     +WACHOVIA,   P.O. BOX 15256,   WILMINGTON, DE 19886-5256
8886967     +WELLS FARGO CARD SERVICES,   P.O. BOX 5445,   PORTLAND, OR 97228-5445

The following entities were served by electronic transmission on Dec 20, 2008.
8886929     +E-mail/Text: BANKRUPTCY@CITIRL.COM                                         AMERIQUEST MORTGAGE COMPANY,
              P.O. BOX 11000,   SANTA ANA, CA 92711-1000
9576411     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                                   ASSET ACCEPTANCE LLC,
              ASSIGNEE: MBNA,   PO BOX 2036,   WARREN MI 48090-2036
8886944      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2008 01:46:40      DISCOVER FINANCIAL,
              P.O. BOX 15316,   WILMINTON, DE  19850
8886953      E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2008 01:24:19      MBGA,   P.O. BOX  103051,
              ROSWELL, GA 30076-9051
8886954      E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2008 01:24:55      MBGA/JC PENNEY,
              P.O. BOX 27570 CG88,   ALBUQUERQUE, NM 87125-7570
8886961     +E-mail/Text: resurgentbknotifications@resurgent.com                             SHERMAN ACQUISITION,
              P.O. BOX 10584,   GREENVILE, SC 29603-0584
                                                                                              TOTAL: 6
```

```
District/off: 0752-1          User: amcc7                Page 2 of 2                 Date Rcvd: Dec 19, 2008
Case: 05-02747                Form ID: pdf002            Total Served: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8886927*     +WILLIAM J BRYAN,    17926 DIXIE HIGHWAY,    HOMEWOOD, IL 60430-3055
                                                                                          TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**              **Signature:**       *Joseph Speetjens*