IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | \| | CHAPTER 7 CASE |
| MARK S. FINE and | \| | |
| SUSAN C. FINE, | \| | CASE NO. 05-02747 SPS |
| | \| | |
| | \| | HON. SUSAN PIERSON SONDERBY |
| Debtor(s) | \| | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE SUSAN PIERSON SONDERBY,
      BANKRUPTCY JUDGE

     Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A", and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

     All checks have been cashed.  Evidence of the cancelled checks and a balance of zero for this estate is attached as Group Exhibit "C".

     The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


March 16, 2009                               */s/ Richard M. Fogel, Trustee*
DATE                                         RICHARD M. FOGEL, TRUSTEE

Richard M. Fogel
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312) 276-1334

{5044 RPT A0227282.DOC}