UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        )
                                              )    Chapter 7
                                              )
   Mark S. Fine and ,                         )    Case No.  05-02747
   Susan C. Fine,                             )
                                              )
        Debtors.                           )    Honorable Susan Pierson Sonderby


NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

To:   Richard Fogel, Esq.
       Shaw, Guiss et al.
       321 N. Clark St. #800
       Chicago, IL 60654

     Please take notice that on Tuesday, March 17, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

     The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's's certification that the estate has been fully administered and is ready to close.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

Dated:  March 17, 2009        BY    /s/ Dean Harvalis, Esq.
                                                    Dean C. Harvalis, Assistant United States Trustee
                                                    Office of the U.S. Trustee
                                                    219 South Dearborn St.  Room 873
                                                    Chicago IL 60604
                                                    (312) 886-5785

CERTIFICATE OF SERVICE

     I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through eh Court's's Electronic Notice for Registrants on March 17, 2009.

                                                                        /s/ Dean Harvalis